UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs )<br>)<br>)<br>ALBERTO GALAVIZ )<br>)<br>_____ ) | CASE NO. 07cr0562BEN<br><br>ORDER TO EXONERATE THE<br>APPEARANCE BOND FOR THE<br>MATERIAL WITNESS AND<br>DISBURSE REGISTRY FUNDS |

**ORDER**

**It Is Ordered** that the personal surety bond which secured the presence of material witness, **Benito Castro-Espinoza,** is exonerated.

**It Is Further Ordered** that the Clerk of Court shall release and disburse the $500 held in the Registry of the Court to the Surety:

> Elpidio Castro
> 3232 N. Mountain Shadow Drive
> Palm Springs, Ca 92262-1732

**It Is So Ordered.**

DATED: August 6, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

07cr0562BEN